FILED
May 02, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ,<br><br>   Plaintiff,<br><br>v.<br><br>ENSURE HEALTH GROUP CORP. d/b/a EFFICIENCY HEALTH GROUP, CORP. a Delaware Corporation, and FRANTZ SAINTVAL<br><br>   Defendants. | §§§§§§§§§§§§§§<br><br>EP-22-CV-0076-KC |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT FOR SUM CERTAIN

Plaintiff Erik Salaiz requests that the Clerk of Court enter Judgment by Default against Defendants Ensure Health Group Corp. d/b/a Efficiency Health Group, Corp. and Frantz Saintval pursuant to Federal Rule of Civil Procedure 55(b)(1). In support of this request Plaintiff relies upon the record in this case and the statement of amount due and affidavit submitted herein.

Dated April 29, 2022

                              */s/ Erik Salaiz*
                              Plaintiff, pro se
                              Erik Salaiz

RECEIVED
May 02, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
    DEPUTY

Case 3:22-cv-00076-KC   Document 7   Filed 05/02/22   Page 2 of 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ,<br><br>Plaintiff,<br><br>v.<br><br>ENSURE HEALTH GROUP CORP. d/b/a EFFICIENCY HEALTH GROUP, CORP. a Delaware Corporation, and FRANTZ SAINTVAL<br><br>Defendants. | §§§§§§§§§§§§§§§<br><br>EP-22-CV-0076-KC |

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

Defendants Ensure Health Group Corp. d/b/a Efficiency Health Group, Corp. and Frantz Saintval were served with the Summons and Complaint in this action on or about March 16, 2022, and the time for Defendants to appear, answer, or move against the Complaint has expired without an appearance by Defendants; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby;

ADJUDGED that the Plaintiff, Erik Salaiz, recover from the Defendants the sum of $3,000.00, the amount claimed, amounting in all to $3,000.00, plus interest on the judgement at the legal rate until the judgment is satisfied, and that the Plaintiff have execution, therefore.

Jannette J. Clark
Clerk of Court
United States District Court

JUDGMENT ENTERED THIS DAY OF _____, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ,<br><br>                              **Plaintiff,**<br><br>v.<br><br>ENSURE HEALTH GROUP CORP. d/b/a EFFICIENCY HEALTH GROUP, CORP. a Delaware Corporation, and **FRANTZ SAINTVAL**<br><br>                              **Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§   EP-22-CV-0076-KC<br>§<br>§<br>§<br>§<br>§<br>§ |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022 I caused a true copy of the foregoing, PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGEMENT FOR SUM CERTAIN to be served via USPS mail to Defendant Ensure Health Group Corp. d/b/a Efficiency Health Group, Corp. c/o via registered agent Cristhian Crevoisier at 9715 W. Broward Boulevard, #200, Plantation, Florida 33324 and Frantz Saintval at 9715 W. Broward Boulevard, #200, Plantation, Florida 33324.

April 29, 2022

                                                         Respectfully submitted,

                                                         Erik Salaiz
                                                         Plaintiff Pro Se
                                                         319 Valley Fair Way
                                                         El Paso, TX 79907
                                                         Salaiz.ep@gmail.com